Giancarlo **PARRETTI**, Petitioner–Appellant,

v.

**UNITED STATES of America,** Respondent–Appellee.

No. 95–56586.

United States Court of Appeals, Ninth Circuit.

Oct. 2, 1997.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.